THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISIDORE MERLIS, Relator, v. LOUIS I. HARRIS, JOSEPH FUROT and HENRY P. SWIFT, Constituting the BOARD OF HEALTH OF THE CITY OF NEW YORK, Respondents.— Determination of the

board of health of the city of New York unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.